IN THE DISTRICT COURT OF THE UNITED STATES

**FILED**

**NOV -4 2016**

Clerk, U.S. District Court
By:_____Deputy Clerk

| | | |
|---|---|---|
| Guy Madison Neighbors | ] | |
| Plaintiff | ] | |
| v. | ] | Case # 15-4921-DDC |
| LAWRENCE POLICE | ] | |
| DEPARTMENT, et, al., | ] | |
| Defendants | ] | |

## MOTION AND MEMORANDUM FOR SUMMARY JUDGMENT UNDER RULE 56 (C)

Comes Now Guy Neighbors Propria Persona I'm representing myself "in Propria Persona" (in your own person) or "pro-per" Qualified me as an attorney in fact, according to "Blacks Law Dictionary. By asserting my Sovereign Right to represent myself in legal matters establishes my status as my own attorney. To proceed in Pro Per, means that the court **cannot impose** the same **standard** upon **me as are imposed on a licensed attorney. This court will treat me as my own attorney, differently that it would treat me as the defendant.** Plaintiff is filing his motion for summary judgment and states: Plaintiff moves this court for summary judgment based on the plain clear fact the defendants have no evidence on the record or to place on the record to prove the defendants did not stop the plaintiff and issue him a summons that was not prior signed be a judicial officer of the court. The defendants have never denied the allegations, the traffic ticket signed by the defendants is on file with the court. It is common knowledge the Lawrence Police Department operates in the manner stated by the plaintiff. The officer's issues unlawful traffic tickets as a standard practice however most citizens have no idea the Lawrence Police Department is violating the "Separation Clause," and therefore the police prevail most of the time in the past. The plaintiff had been forced by the corrupt Lawrence Police Department and the federal government to educate himself, and here we are

The police dash cam video proving the officer (perjured himself), and could not see the plaintiff at all is posted on youtube at https://www.youtube.com/watch?v=mRcYeR4gbxo. The defendant's attorney also stated in the planning report they had video and a body cam to use in court as a defense. The attorney lied because the video he is referring to is the dash cam which will show the officer lied in traffic court, because he could not see the plaintiff at all, and there was no way possible the officer could have seen the

1 of 11
Advocates for Justice


seat belt in the plaintiff's pickup truck, and the Lawrence Police Officers do not have body cams. The fact is the officer profiled the plaintiff by the fact the plaintiff's vehicle is a business delivery truck with "Professional Delivery Service" written on the vehicle. This professional signage is how the officer knew the vehicle would be driven by the same black man who is suing the police the Lawrence Kansas Police Department, under 42 U.S.C. 1983 for Civil Rights Violations and the officer decided he would teach the plaintiff a lesson by further intimidation and racial harassment.

## MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Duty to Fairly Meet the Substance of the Matter Asserted. If the responding party cannot truthfully admit or deny the factual matter asserted, the response must specifically set forth in detail the reasons why. All responses must fairly meet the substance of the matter asserted.

FAILING TO PROPERLY SUPPORT OR ADDRESS A FACT.

If a party fails to properly support an assertion of fact or fails to properly address another party's assertion of fact as required by Rule 56(c), the court may:

(1) give an opportunity to properly support or address the fact;

(2) consider the fact undisputed for purposes of the motion;

(3) grant summary judgment if the motion and supporting materials — including the facts considered undisputed — show that the movant is entitled to it; or

(4) issue any other appropriate order.

In short, Fed. R. Civ. P. 56 provides that you may not oppose summary judgment simply by relying upon the allegations in your response. Rather, you must submit evidence, such as witness statements or documents, countering the facts asserted by the plaintiff and raising specific facts that support your defense. Any witness statements must be in the form of affidavits. An affidavit is a sworn statement of fact based on personal knowledge stating facts that would be admissible in evidence at trial.

The purpose of summary judgment is to avoid unnecessary trials. It may also simplify a trial, as when partial summary judgment dispenses with certain issues or claims. For example, a court might grant partial summary judgment in a personal injury case on the issue of liability. A trial would still be necessary to determine the amount of damages. Any party may move for summary judgment; it is not uncommon for both parties to seek it. A judge may also determine on her own initiative that summary judgment is appropriate.

Two criteria must be met before summary judgment may be properly granted: (1) there must be no genuine issues of material fact, and (2) the **Movant** must be entitled to judgment as a matter of law. A

genuine issue implies that certain facts are disputed. Usually, a party opposing summary judgment must introduce evidence that contradicts the moving party's version of the facts. Moreover, the facts in dispute must be central to the case; irrelevant or minor factual disputes will not defeat a motion for summary judgment. Finally, the law as applied to the undisputed facts of the case must mandate judgment for the moving party. Summary judgment does not mean that a judge decides which side would prevail at trial, nor does a judge determine the credibility of witnesses. Rather, it is used when no factual questions exist for a judge or jury to decide.

The moving party has the initial burden to show that summary judgment is proper even if the moving party would not have the **Burden of Proof** at trial. The court generally examines the evidence presented with the motion in the light most favorable to the opposing party. Where the opposing party will bear the burden of proof at trial, the moving party may obtain summary judgment by showing that the opposing party has no evidence or that its evidence is insufficient to meet its burden at trial.

Once the movant has met the initial burden of showing the absence of a genuine issue of material fact, the burden shifts to the opposing party to introduce evidence to contradict the movant's allegations. A court order ruling that no factual issues remain to be tried and therefore a cause of action or all causes of action in a complaint can be decided upon certain facts without trial.

In Summary:

Plaintiffs offer the following evidence to prove the defendant's, in fact, harassed him and violated the "Separation Clause" in the Constitution by performing traffic stops and issuing a summons that was only signed by the officer. The fact this summons were not signed be a judicial officer of the court prior to the officer issuing them is a clear violation of the plaintiff's right to "Due Process."

The plaintiff offers the following documentation to support his motion for summary judgment.

1. Exhibit B- Is a copy of Lawrence Municipal Court print out showing the seatbelt ticket has been disposed of. The court dismissed this citation on the trial date and claimed the officer was out on training, but through fraud filed the document as the plaintiff was guilty of the alleged violation.

2. Exhibit "C"- Is a copy of the Lawrence Municipal Court printout showing the plaintiff was issued the 3rd citation, without any evidence ever being placed on the record.

3. Exhibit 1- Is a copy of the receipt from Lawrence Municipal Court showing the speeding citation noted as exhibit "C" was dismissed without prejudice on 12-4-15, and was signed by the traffic court judge Scott Miller.

4. Exhibit Marked "D"- is a copy or a document from Lawrence Municipal Courts website Titled "Notice of Failure to Comply With The Terms of The Citation" this document was sent to the state in an effort to punish Neighbors, for demanding the courts respect his rights. The exhibits prior to this exhibit will show the citation was dismissed and out of retaliation and racist harassment the judge, Scott Miller filed this document in an effort to have Neighbors arrested on the very next illegal traffic stop. This is clearly dirty pool!

5. Exhibit Marked "E"- is an enlarged copy of the plaintiff's driver's license and if you will look closely at the picture, Neighbors, wrote "without prejudice ucci-308" this reservation of plaintiff's rights will further prove the Lawrence Police Department, and the City of Lawrence Kansas, trespassed upon the plaintiff when they ignored his reservation of rights. Neighbors pointed out his reservation of rights to each officer, and both officers were not interested and told Neighbors to take it up with the judge.

The 5- exhibits presented in this motion for summary judgment will show complete malice on the officer's part, fraud and vindictive prosecution on the part court. Neighbors, demanded to have his trial by jury as per the constitution, and Judge Scott Miller denied Neighbors, demand. Judge Miller, told Neighbors to appeal his decision to deny him his trial by jury. During Neighbors, unlawful trial the judge was also the jury, there was a clear conflict of interest and the court ignored Neighbors, pleas for fairness and for his demand for his constitutional rights.

To date the defendants have failed to place any admissible evidence on the record, they just lied and said they have some defensive evidence and that it is the same evidence the video the plaintiff has showing the officer lied at trial. The exhibits presented here without a doubt will show the events the plaintiffs is claiming in his civil action actually took place and this court must grant this motion for summary judgment. If this court continues to assist the Lawrence Police Department in this matter it will be a "Grave Abuse of Discretion."

<div style="text-align:center">Grave Abuse of Discretion:</div>

The Supreme Court has ruled "Grave abuse of discretion is a concept that defies exact definition, but generally refers to „capricious or whimsical exercise of judgment as is equivalent to lack of jurisdiction"; the abuse of discretion must be patent and gross as to amount to an evasion of positive duty or a virtual refusal to perform a duty enjoined by law, or to act at all in contemplation of law, as where the power is exercised in an arbitrary and despotic manner by reason of passion and hostility. Mere abuse of discretion is not enough; it must be grave. Use of wrong or irrelevant considerations in deciding an issue is sufficient to taint a decision maker's action with grave abuse of discretion."

### The law:

According to the 1987 Charter, "Judicial power includes the duty of the courts of justice to settle actual controversies involving rights which are legally demandable and enforceable, and to determine whether or not there has been a grave abuse of discretion amounting to lack or excess of jurisdiction on the part of any branch or instrumentality of the government" (2nd par., Sec. 1, ART. VIII).

To date, this court is in violation of "Grave Abuse of Discretion" and will share liability if the court continues on the current path of fraud in its effort to protect other officers of the court from liability for misconduct in the violations of the plaintiff's right to due process. Plaintiff is planning to file a claim against both the KCK, and the Topeka Federal Court, each clerk, and judge who signed the documents in the case will all be listed as defendants. Also, the B.A.R. will be listed as a defendant, and this will prevent any B.A.R. members from participating in the defense of these criminals who have trespassed upon the plaintiff. The plaintiff will move the court to strike all the documents, Mr. Allman, filed, and to strike the documents filed by the fraudulent attorneys who do not have any license to practice law. This new action will be filed in the "United States Court of Federal Claims" The People's Court. This new claim will be brought under Merchant Law and the Uniform Commercial Code. The "Administrative Procedures Act" was enacted to address the abuse of discretion.

The exhibits contained in this document will support the court ruling in plaintiff's favor on the motion for Summary Judgment, and the plaintiff is demanding a ruling in his favor and to be granted the requested damages and or what the court deems just and proper.

Certificate of Service

A copy of this document was mailed to the clerk of the courts where the action was filed, and copies were mailed to the parties listed below.

_____ 10/29/2016  11-2-16

Guy Neighbors

| Kansas Attorney General | Craig Blumreich |
|---|---|
| 120 SW. 10th ave. #2 | 5601 SW. Barrington Ct South |
| Topeka, Kansas 66612 | Topeka, Kansas 66604 |

5  o$ \\

Advocates for Justice

VERIFICATION:

I' Guy Neighbors, declare under penalty of perjury in accordance with the Laws of the United States of America that the foregoing is true and correct and complete to the best of my knowledge and belief.

_____ on this __2␣␣__ ␣th Day, of __Nov____ 2016

Guy Neighbors

On this _____ day of _____, 2016 before me, the undersigned, a Notary Public in and for State of Kansas, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has Executed the same.

Signed:_____

Printed Name:_____

My Commission Expires:_____

Date:_____ Common Law Seal:_____



RECEIVED
NOV -4 2016
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

Federal Court Clerk
444 S.E. Quincy St #490
Topeka, KS. 66683